# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In re: | : | |
| | : | CASE NO. 13-40435-KW |
| LYNDA KAY BARNETT | : | |
| CARL AUSTIN BARNETT, | : | Chapter 7 |
| | : | |
| Debtors. | : | Judge Kay Woods |
| ——————————————————— | : | |
| | : | |
| ANDREW W. SUHAR, | : | |
| | : | |
| Plaintiff, | : | Adv. Proceeding No. 14-04025 |
| | : | |
| v. | : | |
| | : | |
| CAROL L. RATKOVICH, et al., | : | |
| | : | |
| Defendants. | : | |

## ANSWER OF THE STATE OF OHIO, DEPARTMENT OF TAXATION

For its Answer to the Complaint in this matter, Defendant, State of Ohio, Department of Taxation states as follows:

1.    Defendant admits the allegations contained in paragraph 1 of the Complaint.

2.    Defendant admits the allegations contained in paragraph 2 of the Complaint.

3.    Defendant is without knowledge or information sufficient to form a belief as to the allegations in paragraph 3 of the Complaint and, therefore, denies the same.

4.    Defendant admits that it has an interest in the Real Estate by virtue of the Certificates of Judgment set forth in Exhibit A.  Defendant is without knowledge or information sufficient to form a belief as to the remaining allegations in paragraph 4 of the Complaint and, therefore, denies the same.

5.     Defendant is without knowledge or information sufficient to form a belief as to the allegations in paragraph 5 of the Complaint and, therefore, denies the same.

6.     Defendant denies the allegations contained in paragraph 6 of the Complaint.

7.     Defendant is without knowledge or information sufficient to form a belief as to the allegations in paragraph 7 of the Complaint and, therefore, denies the same.

8.     Defendant hereby incorporates its responses to paragraphs one through 7 of this Answer as if fully rewritten herein.

9.     Defendant is without knowledge or information sufficient to form a belief as to the allegations in paragraph 9 of the Complaint and, therefore, denies the same.

10.     Defendant is without knowledge or information as to the nature and amount of any future or potential chapter 7 administrative costs.  As such, Defendant lacks knowledge sufficient to form a belief as to the allegations in paragraph 10 of the Complaint and, therefore, denies the same.

11.     Defendant admits that Plaintiff seeks a judgment as described in paragraph 11 of the Complaint.

14-04025-kw    Doc 5    FILED 05/20/14    ENTERED 05/20/14 10:27:09    Page 2 of 4

WHEREFORE, Defendant, the State of Ohio Department of Taxation, requests that its liens be accorded their rightful priority, that its liens attach to the proceeds of the sale of the subject property, that it be paid, with accrued interest, in its rightful priority out of the proceeds of the sale of the subject property and that it be granted any other appropriate relief.

Respectfully submitted,

/s/ Brian M. Gianangeli
Brian M. Gianangeli  (0072028)
THE LAW OFFICE OF CHARLES MIFSUD, LLC
Special Counsel to the Ohio Attorney General
6305 Emerald Parkway
Dublin, Ohio   43016
(614) 389-5282 – phone
(614) 389-2294 - fax
bgianangeli@mifsudlaw.com
Attorneys for Defendant State of Ohio,
Department of Taxation

## <u>CERTIFICATE OF SERVICE</u>

I certify that a copy of the foregoing was served by U.S. mail, postage prepaid, on the 20th day of May, 2014 upon:

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Andrew W. Suhar
Suhar & Macejko, LLC
29 East Front Street, 2nd Floor
P.O. Box 1497
Youngstown, OH 44501-1497

State of Ohio, Attorney General
Collection Enforcement Section
Attn: Bankrutpcy Staff
150 E. Gay Street, 21st Floor
Columbus, OH 43215

Carol L. Ratkovich
6547 Justison Road
East Palestine, OH 44413

Larry E. Britton
610 10th Street
Selinsgrove, PA 17870

Carl Austin and Lynda Kay Barnett
5318 Jimtown Rd.
East Palestine, OH 44413

<u>/s/ Brian M. Gianangeli</u>
Brian M. Gianangeli (#0072028)

4