IT IS SO ORDERED.

Dated:  January 7, 2016
        01:26:16 PM

_____
Kay Woods
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE: | CASE NO. 13-40435-KW |
| CARL A. BARNETT | JUDGE KAY WOODS |
| LYNDA K. BARNETT | |
|     Debtors | CHAPTER 7 |
| ANDREW W. SUHAR, Chapter 7 Trustee | Adversary Proceeding No. 14-4025 |
|     Plaintiff, | |
| vs. | **AGREED JUDGMENT ORDER** |
| CAROL L. RATKOVICH, et al. | |
|     Defendants. | |

    This matter is before the Court upon the complaint of Plaintiff, Andrew W. Suhar, Chapter 7 Trustee and the agreement reached between Plaintiff and Defendant Internal Revenue Service.  Based thereon, and for good cause shown, it is

**ORDERED, ADJUDGED AND DECREED** as follows:

1. Plaintiff, Andrew W. Suhar, Chapter 7 Trustee shall be authorized to sell the real estate located at 5386 Jimtown Road, East Palestine, Columbiana County, Ohio having the parcel ID number 6700098000 (the "Real Estate") in fee simple, free and clear of all liens, encumbrances and other interests with all liens, encumbrances and other interests transferred to the proceeds of sale.
2. 2/3 of the net sale proceeds shall be paid to the co-owners of the Real Estate.
3. From the estate's net proceeds of sale, proceeds after payment of all Chapter 7 administrative expenses including estimated Trustee fees and expenses shall be paid 95% to Defendant Internal Revenue Service and 5% to the within estate as a carveout for the benefit of the general unsecured creditors.

   **IT IS SO ORDERED.**

###

Submitted and approved by:

/s/ Andrew W. Suhar
ANDREW W. SUHAR, ESQ. Reg. No. 0058419
Plaintiff/Attorney for Plaintiff

Agreed to and Approved by:

/s/ Steven J. Paffilas
STEVEN J. PAFFILAS, Esq.
United States Attorney's Office